IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:05-CR-94 |
| | ) | (VARLAN/SHIRLEY) |
| WANDA SUE MEACHAM, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER FOR PSYCHOLOGICAL EVALUATION AND CONTINUANCE OF DETENTION HEARING

This case came before the undersigned on October 25, 2005, for a scheduled initial appearance and arraignment. Assistant United States Attorney Hugh Ward appeared on behalf of the government. Assistant Federal Defender Kim Tollison appeared on behalf of the defendant, who was also present. During the course of the hearing, defense counsel requested additional time for the arraignment and detention hearing in order to have the defendant evaluated by a psychologist locally. The government stated that although it supported detention for the defendant at this time, it had no objection to such postponement of the detention hearing or to an evaluation.

The Court **GRANTED** the defendant's request to continue the arraignment and detention hearing so that the defendant can obtain a local mental evaluation. Although the Court does not presently find reasonable cause to order an inpatient mental evaluation to determine the defendant's competency to stand trial, the Court does have some concerns about the defendant's mental condition. The Court also notes that a defendant's mental condition is one of the factors to be considered by the Court in evaluating the defendant's history and characteristics with

1

respect to whether any conditions of release would reasonably assure the defendant's appearance at further court proceedings and the safety of the community. 18 U.S.C. § 3142(g)(3)(A). In this regard, the Court finds that a psychological evaluation conducted at the Blount County Jail would aid the Court in determining the propriety of releasing the defendant on conditions.

Accordingly, the Court hereby **ORDERS** that the Blount County Sheriff shall allow a psychologist or psychiatrist, to be arranged as soon as possible by the Federal Defender Services, to have a contact visit with Wanda Sue Meacham at the Blount County Detention Center for purposes of conducting a psychological evaluation. Such evaluation shall be conducted in compliance with the rules and regulations of the Blount County Detention Center and at the defendant's expense. The defendant is **DIRECTED** to provide copies of all medical records to the evaluating professional. The psychiatrist/psychologist shall also have access to any Pretrial Services Reports completed on the defendant. Moreover, the defendant's arraignment and detention hearing is **CONTINUED** to **November 4, 2005, at 10:30 a.m.** The clerk of the court is **ORDERED** to provide a copy of this order to the United States Marshals Service.

**IT IS SO ORDERED.**

ENTER:

  s/ C. Clifford Shirley, Jr.  
United States Magistrate Judge